```
UNITED STATES DISTRICT COURT                              USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                             DOCUMENT
------------------------------------------------------ X  ELECTRONICALLY FILED
WILLIAM CANDELARIA,                                    :  DOC #:_____
                                                       :  DATE FILED:  4/23/2020
                                  Plaintiff,           :
                                                       :       20-CV-2564 (VEC)
                    -against-                          :
                                                       :       ORDER TO SHOW CAUSE
ADESTO TECHNOLOGIES CORPORATION,                       :
NELSON CHAN, NARBEH DERHACOBIAN,                       :
HERVÉ FAGES, FRANCIS LEE, KEVIN                        :
PALATNIK, and SUSAN UTHAYAKUMAR,                       :
                                                       :
                                  Defendants.          :
------------------------------------------------------ X
------------------------------------------------------ X
BROOKE NEREIM,                                         :
                                                       :
                                  Plaintiff,           :
                                                       :       20-CV-2686 (VEC)
                    -against-                          :
                                                       :
ADESTO TECHNOLOGIES CORPORATION,                       :
NELSON CHAN, NARBEH DERHACOBIAN,                       :
HERVÉ FAGES, FRANCIS LEE, KEVIN                        :
PALATNIK, and SUSAN UTHAYAKUMAR,                       :
                                                       :
                                  Defendants.          :
------------------------------------------------------ X
------------------------------------------------------ X
PETER STEIN, *Individually and on Behalf of All*       :
*Others Similarly Situated*,                           :
                                                       :
                                  Plaintiff,           :       20-CV-2900 (VEC)
                                                       :
                    -against-                          :
                                                       :
ADESTO TECHNOLOGIES CORPORATION,                       :
NELSON CHAN, NARBEH DERHACOBIAN,                       :
HERVÉ FAGES, FRANCIS LEE, KEVIN                        :
PALATNIK, and SUSAN UTHAYAKUMAR,                       :
                                                       :
                                  Defendants.          :
------------------------------------------------------ X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 13, 2020, the Court ordered the parties to the above-captioned actions to show cause why the actions should not be immediately consolidated for all purposes under 15 U.S.C § 77z-1(a)(3)(B)(ii);

WHEREAS no party has responded to the Court's Order to Show Cause; and

WHEREAS the Court finds that the above-captioned actions assert substantially the same claims under the Securities Exchange Act and related regulations; that those claims arise from the same or similar alleged materially false or misleading statements and omissions; and that the actions therefore involve common questions of law or fact, *see* Fed. R. Civ. P. 42(a); *see e.g.*, *In re Facebook, Inc., IPO Sec. & Derivative Litig.*, 288 F.R.D. 26, 34-35 (S.D.N.Y. 2012);

IT IS HEREBY ORDERED that the above-captioned actions are consolidated into one action (the "Consolidated Action") for all purposes. All future filings should be made in docket number 20-CV-2564.

**SO ORDERED.**

**Date: April 23, 2020**
**New York, New York**

        **VALERIE CAPRONI**
        **United States District Judge**