# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM CANDELARIA,<br><br>Plaintiff,<br><br>v.<br><br>ADESTO TECHNOLOGIES CORPORATION, NELSON CHAN, NARBEH DERHACOBIAN, HERVÉ FAGES, FRANCIS LEE, KEVIN PALATNIK, and SUSAN UTHAYAKUMAR,<br><br>Defendants. | Civil Action No. 1:20-cv-2564 (VEC) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), consolidated plaintiff Brooke Nereim ("Consolidated Plaintiff") hereby voluntarily dismisses her claims in the above-captioned consolidated action (the "Consolidated Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment as to the claims of Consolidated Plaintiff in the Consolidated Action.

Dated: April 27, 2020

Respectfully submitted,

By: */s/ Joshua M. Lifshitz*
Joshua M. Lifshitz
Email: jml@jlclasslaw.com
**LIFSHITZ LAW FIRM, P.C.**
821 Franklin Avenue, Suite 209
Garden City, New York 11530
Telephone: (516) 493-9780
Facsimile: (516) 280-7376

*Attorneys for Plaintiff*
*Brooke Nereim*