UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- X
WILLIAM CANDELARIA,                         :
                                            :
            Plaintiff,                      :   CASE NO.: 20-cv-02564-VEC
                                            :
     v.                                     :
                                            :
ADESTO TECHNOLOGIES                         :
CORPORATION, NELSON CHAN, NARBEH            :
DERHACOBIAN, HERVÉ FAGES,                   :
FRANCIS LEE, KEVIN PALATNIK, and            :
SUSAN UTHAYAKUMAR,                          :
                                            :
            Defendants.                     :
                                            :
------------------------------------------- X

## NOTICE OF DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff William Candelaria voluntarily dismisses his claims in the above-captioned consolidated action against Defendants as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: May 1, 2020                     Respectfully Submitted,

                                       **MONTEVERDE & ASSOCIATES PC**

                                       */s/ Juan E. Monteverde*
                                       Juan E. Monteverde (JM-8169)
                                       The Empire State Building
                                       350 Fifth Avenue, Suite 4405
                                       New York, New York 10118
                                       Tel: 212-971-1341
                                       Fax: 212-202-7880

                                       *Attorney for Plaintiff*