IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| WILLIAM CANDELARIA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Case No. 1:20-cv-02564-VEC |
| ADESTO TECHNOLOGIES CORPORATION, NELSON CHAN, NARBEH DERHACOBIAN, HERVÉ FAGES, FRANCIS LEE, KEVIN PALATNIK, and SUSAN UTHAYAKUMAR, | ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Peter Stein voluntarily dismisses his claims in the above-captioned consolidated action against Defendants as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: May 1, 2020

Respectfully submitted,

**FARUQI & FARUQI, LLP**

**By:** */s/ James M. Wilson, Jr.*

Nadeem Faruqi
James M. Wilson, Jr.
685 Third Avenue, 26th Floor
New York, NY 10017
Tel.: (212) 983-9330
Fax: (212) 983-9331
Email: nfaruqi@faruqilaw.com
jwilson@faruqilaw.com

*Counsel for Plaintiff*